UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| WILLIAM L. HICKS, | | |
| | Petitioner, | NO.  CV-10-5126-LRS |
| vs. | | ORDER DISMISSING PETITION |
| STATE OF WASHINGTON, | | |
| | Respondent. | |

By Order filed November 10, 2010, the court advised Mr. Hicks of the deficiencies of his habeas petition and directed him to amend.  Petitioner, who is proceeding *pro se* and *in forma pauperis*, notified the court of his release from incarceration on October 22, 2010.  Mr. Hicks did not respond to the court's directives and has filed nothing further in this action.

Accordingly, for the reasons set forth in the previous Order (ECF No. 6), **IT IS ORDERED** the Petition is **DISMISSED without prejudice**.  The District Court Executive shall enter this Order, enter judgment, forward a copy to Petitioner and close the file.  The court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

**DATED** this  22nd   day of February, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER -- 1