AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

WILLIAM HICKS,

        Petitioner,

        v.

STATE OF WASHINGTON,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-5126-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Petition is DISMISSED without prejudice.

The court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

| | |
|---|---|
| February 22, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Renea Ferrante |
| | *(By) Deputy Clerk* |
| | Renea Ferrante |